INTERNATIONAL FORWARDING CO., INC., ET AL. v. UNITED STATES

No. 4795.—Invoices dated Shanghai, China, March 7, 1936, etc.
            Certified March 9, 1936, etc.
            Entered at New York April 9, 1936, etc.
            Entry No. 825136, etc.

(Decided March 19, 1940)

*Lane & Wallace* for the plaintiffs.
*Webster J. Oliver*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the defendant.

TILSON, Judge: Counsel for the respective parties have submitted for decision the suits listed in schedule A, hereto attached and made a part hereof, upon a stipulation in effect that the prices or market values at the dates of exportation of the instant merchandise at which such or similar merchandise was freely offered for sale to all purchasers in China for export to the United States, in usual wholesale quantities and in the ordinary course of trade, including all costs, charges, and expenses specified in section 402 (d) of the Tariff Act of 1930, were the appraised values, less any amount added under duress.

On the agreed facts, I find and hold the proper dutiable export values of the merchandise covered by said appeals to be the values found by the appraiser, less any amount added under duress. Judgment will be rendered accordingly.